979 A.2d 847

**James EVERETT, III, Appellant**

**v.**

**COURT OF COMMON PLEAS PHILADELPHIA COUNTY Title 42 PA.C.S. § 9545(B) General Assembly of Pennsylvania, Appellees.**

Supreme Court of Pennsylvania.

Sept. 29, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of September, 2009, the order of the Commonwealth Court is hereby **AFFIRMED.**

Jurisdiction relinquished.